# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| AMERICAN HOUSING PRESERVATION CORPORATION et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEF ASSIGNMENT CORPORATION, <br><br> Defendant. | Case No. CV414-004 |

## ORDER

The Court having reviewed and considered the petition of Sara A. Brubaker of the law firm of Akerman, LLP, 420 South Orange Avenue, Suite 1200, Orlando, Florida 32801, for permission to appear pro hac vice on behalf of plaintiffs American Housing Preservation Corporation et al., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Sara A. Brubaker, as counsel of record for plaintiffs American Housing Preservation Corporation et al., in this case.

**SO ORDERED** this  7th  day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA