# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| AMERICAN HOUSING PRESERVATION CORPORATION et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>NEF ASSIGNMENT CORPORATION, )<br>)<br>Defendant. ) | Case No. CV414-004 |

## O R D E R

The Court having reviewed and considered the petition of Daniel L. Rosenthal of the law firm of Marcus, Glegg & Mistretta, P.A., One Canal Plaza, Suite 600, Portland, Maine 04101, for permission to appear pro hac vice on behalf of plaintiffs/counter defendants, in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Daniel L. Rosenthal as counsel of record for plaintiffs/counter defendants, in this case.

**SO ORDERED** this __27th__ day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA