IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

AMERICAN HOUSING PRESERVATION )
CORP., and MAINLAND )
DEVELOPMENT CO., )
)
    Plaintiffs, )
)
v. )    CASE NO. CV414-004
)
NEF ASSIGNMENT CORP., as )
nominee for National Equity )
Fund Inc., )
)
    Defendant. )
_____)
)
NEF ASSIGNMENT CORP., in its )
own right and derivatively on )
behalf of SNAP HOUSING )
LIMITED PARTNERSHIP I, SNAP )
HOUSING LIMITED PARTNERSHIP )
II, and SNAP HOUSING LIMITED )
PARTNERSHIP III, )
)
    Counterclaimants, )
)
v. )
)
AMERICAN HOUSING PRESERVATION )
CORP., MAINLAND DEVELOPMENT )
CO., and SNAP INVESTMENT LLC, )
)
    Counterclaim Defendants. )
_____)



## O R D E R

Before the Court is the parties' Joint Motion to Dismiss With Prejudice. (Doc. 55.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed pursuant to "a stipulation of dismissal signed by

all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 11th day of June 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA